Amy L. Bennecoff (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
abennecoff@creditlaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY BELL, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:16-cv-01333 |
| v. | ) |
| | ) |
| KOHL'S DEPARTMENT STORES, INC., | ) **STIPULATION FOR DISMISSAL** |
| | ) **OF ACTION WITH PREJUDICE** |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between Plaintiff, RICKY BELL (herein after "Plaintiff"), and Defendant, KOHL'S DEPARTMENT STORES INC., (hereinafter "Defendant"), (all jointly hereinafter referred to as "the Parties") that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(1)(ii) of the Federal Rules of Civil Procedure. Each party will bear its own attorney's fees and costs. The Parties agree that this Court can proceed to dismiss the action with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court dismiss this action with prejudice.

| | |
|---|---|
| /S/ Jamie N. Zagoria | /S/ Amy L. Bennecoff Ginsburg |
| Jamie N. Zagoria | Amy L. Bennecoff Ginsburg Esq. |
| Kelley Drye and Warren LLP | Kimmel & Silverman, P.C. |
| 10100 Santa Monica Boulevard | 30 East Butler Pike |
| Twenty-Third Floor | Ambler, PA 19002 |
| Los Angeles, CA 90067 | Phone: (215) 540-8888 |
| Phone: 310-712-6100 | Fax: (215) 540-8817 |
| Fax: 310-712-6199 | Email: aginsburg@creditlaw.com |
| Email: jzagoria@kelleydrye.com | Attorney for the Plaintiff |
| Attorney for Defendant | |
| | Date: August 2, 2016 |
| Date: August 2, 2016 | |

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jamie N. Zagoria, counsel for Defendant, and that I have obtained Counsel's authorization to affix her electronic signature to this document.

Dated: August 2, 2016          Kimmel & Silverman, P.C.

                               /s/ Amy L. Bennecoff Ginsburg
                               Amy L. Bennecoff Ginsburg Esq.
                               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 2nd day of August, 2016:

Jamie Nicole Zagoria, Esq.
Kelley Drye and Warren LLP
10100 Santa Monica Boulevard 23rd Floor
Los Angeles, CA 90046
Phone: 310-712-6100
Email: jzagoria@kelleydrye.com

DATED: August 2, 2016           /s/ Amy L. Bennecoff Ginsburg
                                Amy L. Bennecoff Esq.
                                Attorney for Plaintiff